**WINTHROP LAW GROUP**
Reid A. Winthrop, State Bar No. 223527
120 Newport Center Dr.
Newport Beach, California 92660
Phone: 949-269-3256
Fax: 949-209-1919
reid@winthroplawgroup.com

Attorneys for Plaintiff
PREMIER POOLS MANAGEMENT CORP.


**HINSHAW & CULBERTSON LLP**
Robert J. Romero (SBN 136539)
One California Street, 18th Floor
San Francisco, California 94111
Telephone:    (415) 362-6000
Facsimile:    (415) 834-9070
rromero@hinshawlaw.com

**HINSHAW & CULBERTSON LLP**
Ray Tamaddon (SBN 144494)
11601 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Telephone:    (310) 909-8000
Facsimile:    (310) 909-8001
rtamaddon@hinshawlaw.com

Attorneys for Defendant
COLONY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| PREMIER POOLS MANAGEMENT CORP., a Nevada corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>             Defendant. | Case No. 13-cv-02038-JAM-EFB<br><br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER RE: FILING OF SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: October 1, 2013<br>Trial Date: July 9, 2018 |

| | |
|---|---|
| 1 | Plaintiff Premier Pools Management Corp. ("Premier Pools"), on the one hand, and |
| 2 | Defendant Colony Insurance Company ("Colony"), on the other hand, by and through their |
| 3 | respective counsel of record, hereby stipulate and agree as follows: |
| 4 | WHEREAS, Premier Pools desires to file the [Proposed] Second Amended Complaint |
| 5 | attached hereto as Exhibit A.  Exhibit B hereto is a redlined version of the [Proposed] Second |
| 6 | Amended Complaint, and shows the differences between the first amended complaint and the |
| 7 | [Proposed] Second Amended Complaint.  Premier Pools has asked Colony to stipulate to the filing |
| 8 | of the [Proposed] Second Amended Complaint. |
| 9 | WHEREAS, Colony disputes the allegations in the [Proposed] Second Amended |
| 10 | Complaint, but agrees to its filing; |
| 11 | WHEREAS, Colony's stipulation to the filing of the [Proposed] Second Amended |
| 12 | Complaint is not a concession as to the merits of any claims or allegations therein. |
| 13 | NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Premier Pools and |
| 14 | Colony, through their respective counsel of record, as follows: |
| 15 | 1.  Premier Pools shall be permitted to file the [Proposed] Second Amended Complaint |
| 16 | attached hereto as Exhibit A; |
| 17 | 2.  The [Proposed] Second Amended Complaint attached as Exhibit A hereto shall be |
| 18 | deemed filed and personally served on the date the Court approves this stipulation. |
| 19 | IT IS SO STIPULATED. |
| 20 | |
| 21 | Dated: August 3, 2017 |
| 22 | Respectfully submitted,                                              Respectfully submitted, |
| 23 | /s/   Ray Tamaddon                                                  /s/   Reid A. Winthrop |
| 24 | **HINSHAW & CULBERTSON LLP**                        **WINTHROP LAW GROUP** |
| 25 | Robert J. Romero                                                      Reid A. Winthrop |
| 26 | One California Street, 18th Floor                                120 Newport Center Dr. |
|    | San Francisco, California  94111                               Newport Beach, California 92660 |
| 27 | Telephone:     (415) 362-6000                                  Phone: 949-269-3256 |
|    | Facsimile:      (415) 834-9070                                  Fax:  949-209-1919 |
| 28 | rromero@hinshawlaw.com                                      reid@winthroplawgroup.com |

**HINSHAW & CULBERTSON LLP**
Ray Tamaddon
11601 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Telephone: (310) 909-8000
Facsimile: (310) 909-8001
rtamaddon@hinshawlaw.com

**ORDER**

IT IS SO ORDERED.

Dated: 8/3/2017                    /s/ John A. Mendez
                                   Judge Of The United States District Court for
                                   the Eastern District of California