1

2

3

4

5

6

7

8

9  UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11

12  PREMIER POOLS MANAGEMENT | Case No. 2:13-cv-02038-JAM-EFB
    CORP. a Nevada Corporation,

13                                         The Hon. John A. Mendez
            Plaintiff,

14                                         **AMENDED ORDER GRANTING**
        v.                                 **JOINT APPLICATION TO**
15                                         **EXTEND DISCOVERY AND**
    COLONY INSURANCE COMPANY,              **MOTION CUT-OFF DATES**
16  a Virginia Corporation,
                                           Crtrm.:  6, 14th Floor
17          Defendant.

18

19          Based on the amended stipulation and joint application of the parties, and for

20  good cause, the Court ORDERS as follows:

21          1.      The cut-off for percipient witness depositions is continued to March 16,

22  2018.

23          2.      The cut-off for expert witness depositions is continued to May 23,

24  2018.

25          3.      The deadline for an opening brief on cross-motions for summary

26  judgment is continued to April 24, 2018 – with all subsequent briefs to occur at the

27  intervals initially ordered by the Court.

28

4. The hearing on cross-motions for summary judgment is continued to June 19, 2018, at 1:30 p.m.

5. The Joint Pretrial Statement is due August 3, 2018.

6. The Final Pretrial Conference is continued to August 10, 2018, at 11:00 a.m.

7. Jury Trial is continued to September 24, 2018, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 2/2/2018

_/s/ John A. Mendez_
UNITED STATES DISTRICT COURT JUDGE