UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER POOLS MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> COLONY INSURANCE CO., <br><br> Defendant. | No. 2:13-cv-2038-JAM-EFB <br><br> ORDER AFTER HEARING |

This case was before the court on April 11, 2018, for hearing on plaintiff's motion to compel further responses to interrogatories and requests for production of documents and the depositions of Ellen Fine and Estee Whitaker. ECF No. 61. Attorney Reid Winthrop appeared on behalf of plaintiff and attorney Marc Feldman appeared on behalf of defendant.[1]

For the reasons stated on the record, plaintiff's motion to compel is granted in part and denied in part as follows:

1. Within 7 days of this order, defendant shall produce documents related to Ms. Whitaker's monitoring of the underlying state court trial, including Ms. Whitaker's written reports. If any information is redacted from the produced documents, defendant shall also serve a

---

[1] Both attorneys appeared by telephone.

1

privilege log providing sufficient information to allow plaintiff to gauge the propriety of the redaction(s).

    2. Plaintiff may conduct a four-hour deposition of Ms. Whitaker. The subject matter of the deposition shall be limited to the factual information Ms. Whitaker provided Colony and/or Ms. Fine regarding the underlying state court trial.

    3. Plaintiff may depose Ms. Fine for an additional 2 hours. The deposition shall be limited to questions that Ms. Fine was directed to not answer at her initial deposition, as well as any related follow-up questions.

    4. Plaintiff's motion to compel is denied in all other regards.

DATED: April 12, 2018.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE