UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PREMIER POOLS MANAGEMENT CORP. a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COLONY INSURANCE COMPANY, a Virginia Corporation,<br><br>Defendant. | Case No. 2:13-cv-02038-JAM-EFB<br><br>The Hon. John A. Mendez<br><br>**ORDER GRANTING JOINT APPLICATION TO EXTEND CUTOFF FOR EXPERT DISCOVERY AND MID-LITIGATION STATEMENT**<br><br>Crtrm.: 6, 14th Floor |

Based on the stipulation and joint application of the parties, and for good cause, the Court ORDERS as follows:

1. The cut-off for expert witness depositions is continued from May 23 to August 2, 2018.

2. The deadline for filing the mid-litigation statement regarding discovery is continued to July 19, 2018.

**IT IS SO ORDERED.**

Dated: 5/7/2018

*/s/ John A. Mendez*
UNITED STATES DISTRICT COURT JUDGE